UNITED PLUMBERS SUPPLY COMPANY, INC., v. LEHIGH VALLEY RAILROAD

COMPANY and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.